AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)    ☐ Original    ☐ Duplicate Original



| LODGED<br>CLERK, U.S. DISTRICT COURT |
|---|
| 5/2/2024 |
| CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___CDO___ DEPUTY |

# UNITED STATES DISTRICT COURT
for the

Central District of California

| FILED<br>CLERK, U.S. DISTRICT COURT |
|---|
| 5/2/2024 |
| CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___tsn___ DEPUTY |

United States of America

v.

GABRIEL BAEZ JR.,

Defendant(s)

Case No.  2:24-mj-02591-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of April 29, 2024, in the county of Los Angeles in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 26 U.S.C. § 5861(d) | Possession of an Unregistered Firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Andrew Lee
Complainant's signature

Andrew Lee, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: May 2, 2024

Judge's signature

City and state: Los Angeles, California

Hon. Stephanie S. Christensen, U.S. Magistrate Judge
Printed name and title

AUSA: Brandon E. Martinez-Jones

**AFFIDAVIT**

I, Andrew Lee, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Gabriel BAEZ Jr. ("BAEZ") for a violation of 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the United States Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been so employed since July 2019. I am currently assigned to the HSI Office of the Assistant Special Agent in Charge Los Angeles International Airport Regional Illegal Firearms Trafficking Team, where I investigate violations of immigration and customs laws. Through my training, I have learned of HSI's criminal investigative authority and investigative techniques.

4. Between 2003 and 2007, I was enlisted in the United States Army and was issued, and received training and experience in the operation of, an automatic M16 rifle.

5. As an HSI SA, I also work closely with other federal, state, and local law enforcement agencies that investigate the illegal proliferation of Glock switches and auto sears. These agencies include the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and the Los Angeles Police Department ("LAPD"). These agencies have subject matter expertise pertaining to firearms and firearm parts, including Glock switches, auto sears, suppressors, and silencers. From working with them, I have obtained training, experience, and knowledge regarding the identification, nomenclature, and functionality of Glock switches and auto sears.

### III. SUMMARY OF PROBABLE CAUSE

6. On April 29, 2024, I and other HSI SAs executed federal search warrants issued by the Honorable Maria A. Audero, United States Magistrate Judge, at BAEZ's residence.

7. Inside BAEZ's bedroom, agents found approximately sixty-six firearms, including ten short-barreled rifles, none of which were registered to BAEZ in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d).

8. Agents also found suspected firearm silencers; suspected auto sears and Glock switches for converting semi-automatic firearms into fully automatic machineguns; an estimated 6,000 rounds of ammunition; and indicia of firearms

manufacturing, such as lower and upper receivers for AR-style firearms and jigs for finishing firearms receivers, inside BAEZ's bedroom.

### IV. STATEMENT OF PROBABLE CAUSE

**A. HSI Executes Federal Search Warrants of BAEZ's Residence, Person, and Vehicle**

9. Based on my own knowledge of the investigation, I know the following:

   a. On April 26, 2024, the Honorable Maria A. Audero, United States Magistrate Judge, issued warrants in matters 2:24-MJ-2479, -2480, and -2481, authorizing the search of BAEZ's residence, person, and vehicle, respectively, for evidence of violations of 26 U.S.C. § 5861(d) (possession of an unregistered firearm) and other, related offenses.

   b. On April 29, 2024, at around 4:00 A.M., I and other HSI SAs (among other law-enforcement officers) executed the search warrant at BAEZ's residence in South El Monte, California.

   c. Law enforcement personnel loudly announced their presence and their intent to serve a search warrant. A woman and a boy, who I later identified as BAEZ's sister and son, promptly exited the BAEZ residence. There was a delay in BAEZ exiting the residence.

**B. HSI Discovers Approximately Sixty-Six Firearms, an Estimated 6,000 Rounds of Ammunition, and Firearms-Related Paraphernalia in BAEZ's Bedroom**

10. After BAEZ, his sister, and his son exited BAEZ's residence, I and other law enforcement agents searched a bedroom

that (as explained below) I later learned was BAEZ's bedroom. Throughout that bedroom, including inside two safes in that bedroom, agents found firearms and firearms-related contraband, including the following:

    a. Ten short-barreled rifles of various calibers;

    b. One .416 caliber Barrett rifle, a large-caliber, high-powered, long-range rifle;

    c. Two semi-automatic shotguns;

    d. Three bolt-action rifles;

    e. Approximately eleven semi-automatic rifles, including AR-style rifles of various calibers, such 5.56 mm and .300 Blackout;

    f. Eight stripped, AR-style lower receivers, three of which bore no serial numbers;

    g. Approximately thirty-one pistols, including nine Glock pistols;

    h. Two suspected auto sears for AR-style firearms[1];

---

[1] Based on my training and experience investigating firearms offenses, as well as my conversations with ATF SA Lamphere and LAPD detectives who investigate firearms offenses, I know that auto sears are devices designed and intended solely and exclusively to turn a semiautomatic firearm into a weapon capable of fully automatic fire--that is, capable of firing more than one round of ammunition, without manual reloading, by a single function of the trigger. When installed on a semi-automatic firearm, an auto sear permits the firearm to shoot an entire magazine's worth of bullets with a single pull of the trigger.

One type of auto sear is the AR-type machinegun conversion device. This is a device designed and manufactured for the sole purpose of converting a semi-automatic, AR-style rifle or other firearm into a fully automatic machinegun.

        i.    Three suspected Glock switches, all of which had been disassembled into three separate components[2];

        j.    Four suspected firearm silencers, one of which was complete and drilled through;

        k.    Over 110 high-capacity rifle and pistol magazines for various firearms and ammunition of various calibers;

        l.    Bulk United States currency; and

        m.    An estimated 6,000 rounds of ammunition of various calibers.

11. Agents also found various firearms components and firearms-related items, such as completed AR-style upper receivers, completed pistol upper receivers, buttstocks for AR-style rifles, various AR- and pistol-style firearms parts, and P80 jigs.[3]

12. Law enforcement also discovered indicia that BAEZ resides at the BAEZ residence and in the bedroom in which the above firearms were found. These indicia included a passport for BAEZ that agents found inside one of the safes with firearms. Agents also found a receipt for a firearm from "Gun Effects Cloud 9 Fishing" inside the same bedroom; this receipt had BAEZ's name and residential address on it.

---

[2] A Glock switch is another type of auto sear designed and created for the sole purpose of converting a semi-automatic, Glock-style handgun into a fully automatic machinegun.

[3] A P80 jig is a device that holds a firearm receiver and has markings and holes indicating where a user should cut, drill, or mill the receiver to transform it into a fully finished firearm receiver.

### C. ATF Identifies at Least One of BAEZ's Short-Barreled Rifles as Unlawfully Unregistered

13. Under federal law, it is unlawful for "any person . . . to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record," also known as the "NFRTR." 26 U.S.C. § 5861(d). For purposes of this provision, a "firearm" includes "a rifle having a barrel or barrels of less than 16 inches in length." Id. § 5845(a)(3).

14. Based on my conversations with ATF SA Tiffany Lamphere, I know that, during the search of BAEZ's residence, SA Lamphere examined the ten short-barreled rifles that agents found in BAEZ's bedroom and determined that BAEZ was in possession of the following:

    a. An SLR DDM4 multi-caliber rifle bearing serial number 04231 that has a barrel length of approximately 8 inches and an overall length of approximately 25.5 inches;

    b. A Radian model A-DAC 15 multi-caliber rifle bearing serial number R1-010297 that has a barrel length of approximately 12 inches and an overall length of approximately 30.5 inches;

    c. A Sig Sauer model MCX multi-caliber rifle bearing serial number 63G002358 that has a barrel length of approximately 7.25 inches and an overall length of approximately 24.75 inches;

    d. A Sig Sauer model MPX multi-caliber rifle bearing serial number 62D000258 that has a barrel length of

approximately 6.75 inches and an overall length of approximately 25.25 inches;

  e. A CZ model Scorpion EVO 3 S1 9x19 caliber rifle bearing serial number F312791 that has a barrel length of approximately 8.25 inches and an overall length of approximately 27.25 inches;

  f. A Grand Power model Striborg SP9A3 9x19 caliber rifle bearing serial number GSB2652 that has a barrel length of approximately 9.25 inches and an overall length of approximately 26.25 inches;

  g. A Heckler & Koch model UMP .40 S&W caliber rifle bearing serial number 47-020287 that has a barrel length of approximately 9.25 inches and an overall length of approximately 28.5 inches;

  h. An IWI-Israel model Galil Ace 7.62x39 caliber rifle bearing serial number G2012667 that has a barrel length of approximately 9.8 inches and an overall length of approximately 28 inches;

  i. An LWRC International model SMG-45 .45 ACP caliber rifle bearing serial number SMG1419 that has a barrel length of approximately 9.5 inches and an overall length of approximately 27.8 inches; and

  j. A B&T model APC9K 9x19 caliber rifle bearing serial number US 21-51693 that has a barrel length of approximately 5.25 inches and an overall length of approximately 21.5 inches.

  15. Inside BAEZ's bedroom, agents also found an AR-style

rifle manufactured by LWRC International and bearing serial number 24-73168. Based on my own examination of this rifle, my training and experience investigating firearms offenses as an HSI SA and operating an automatic rifle in the U.S. Army, and my conversation with HSI TFO Eric Good, I suspect that this LWRC International rifle is capable of automatic fire.

    16.  A photograph of some of the firearms found in BAEZ's bedroom, taken after they were transported to HSI, is below:



    17.  Based on my training and experience, the large number of firearms BAEZ possessed (suggesting familiarity with firearms generally), and the extremely short barrels for the rifles described above (far shorter than the 16-inch length below which a rifle becomes a short-barreled rifle), I believe BAEZ was aware of the characteristics that made the rifles discussed above "short-barreled rifles."

18. I have confirmed with ATF SA Lamphere that, as of April 29, 2024, according to ATF records, none of the ten short-barreled rifles described above is registered to BAEZ in the NFRTR. Indeed, BAEZ does not have any approved applications of any kind within the NFRTR.[4]

D. **Interview of Alexis Baez**

19. On April 29, 2024, at approximately 6:30 A.M., during the execution of the search warrants at BAEZ's residence, I conducted a Mirandized interview of Alexis Baez, the woman who had exited BAEZ's residence in response to law enforcement's request. I conducted the interview in English at Ms. Baez's request.

20. Ms. Baez stated that she is BAEZ's sister. She stated that the bedroom with the two safes belong to BAEZ.

21. Ms. Baez further stated that her and BAEZ's parents own land in Mexico and currently are having a residence built there.

E. **Interview of BAEZ**

22. On April 29, 2024, at approximately 7:45 A.M., during the execution of the search warrants at BAEZ's residence, I conducted a Mirandized interview of BAEZ. I read BAEZ his constitutional rights, and he waived those rights. BAEZ stated

---

[4] Based on my review of records from the California Department of Justice, BAEZ does have thirty firearms registered to him with the State of California, which operates a registration system separate from the federal NFRTR. These firearms are of a variety of different calibers, makes, and models and include pistols, rifles, semi-automatic rifles, and shotguns. I am not aware of any information suggesting BAEZ is a prohibited person under 18 U.S.C. § 922(g).

9

that he was not under the influence of drugs or alcohol. I conducted the interview in English at BAEZ's request.

23. BAEZ stated that the bedroom in which agents found the two safes is his bedroom. He declined to provide the codes to open the two safes.

24. BAEZ estimated that he owned twenty firearms, stated that he had ordered a firearm handguard from Russia, but denied having ordered any Glock switches or auto sears. BAEZ also denied having any knowledge of Glock switches, auto sears, or short-barreled rifles.

25. When I asked BAEZ about a short-barreled, AR-style upper receiver found under his bed, BAEZ requested an attorney. I concluded the interview at approximately 8:30 A.M.

## V. CONCLUSION

26. For all of the reasons described above, I submit that there is probable cause to believe that Gabriel BAEZ Jr. has committed a violation of 26 U.S.C. § 5861(d): Possession of an Unregistered Firearm.

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this  2nd  day of May, 2024.

_____
HONORABLE STEPHANIE S. CHRISTENSEN
UNITED STATES MAGISTRATE JUDGE